IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| **RAUL CRESPO,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 15-cv-03055-RWT |
| **SHAMIANA LLC, et al.,** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

### AMENDED NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Raul Crespo, by and through his undersigned counsel and pursuant to Fed.R.Civ.P. 41, hereby voluntarily dismisses this action against all Defendants.

Wheaton, Maryland
Dated: March 24, 2016

Respectfully submitted,

RAUL CRESPO

By: /s/ Roberto N. Allen
        Counsel

Roberto N. Allen, Esq. (Fed. Bar No. 25110)
THE LAW OFFICES OF ROBERTO ALLEN, LLC
11002 Veirs Mill Road
Suite 700
Wheaton, Maryland 20902
301-861-0202
301-861-4354 (fax)
rallen@robertoallenlaw.com

"APPROVED" THIS 20th DAY of April 2016
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2016, a true and correct copy of the foregoing Notice of Voluntary Dismissal was served by first-class mail, postage prepaid to:

> SHAMIANA LLC
> 11029 Day Break Court
> Rockville, Maryland 20852,
>
> HERITAGE MANAGEMENT
> SERVICES, LLC
> 11029 Day Break Court
> Rockville, Maryland 20852,
>
> SANJEEV TULI
> 11029 Day Break Court
> Rockville, Maryland 20852,
>
> and
>
> MITUL TULI
> 11029 Day Break Court
> Rockville, Maryland 20852,

/s/ Roberto N. Allen
Counsel